**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6886**

DON BROWN,

        Plaintiff - Appellant,

    v.

STEPHEN ALAN DUNNIGAN, Attorney,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:18-cv-00666-AWA-RJK)

Submitted:  November 16, 2020           Decided:  November 24, 2020

Before NIEMEYER and KING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Don Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Don Brown appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Brown's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order.[*] *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Brown's informal brief raises several new issues, which we decline to consider. *See Hicks v. Ferreyra*, 965 F.3d 302, 310 (4th Cir. 2020). ("It is well established that this court does not consider issues raised for the first time on appeal, absent exceptional circumstances." (alterations and internal quotation marks omitted)).